```
Patrick J. Reilly, Esq.
Nevada Bar No.  6103
Jenny L. Routheaux, Esq.
Nevada Bar No. 11258
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169
Tel:  (702) 669-4600
Fax: (702) 669-4650
Email: preilly@hollandhart.com
       jlroutheaux@hollandhart.com
```

*Attorneys for Defendant*
*Nevada Association Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAMAL P. LALWANI, SANCHI K. LALWANI, individuals,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA ASSOCIATION SERVICES, INC.; ALIANTE MASTER ASSOCIATION; WELLS FARGO BANK N.A.; WELLS FARGO HOME MORTGAGE, INC.; WELLS FARGO ASSET SEC. CORP.; NATIONAL DEFAULT SERVICING CORP., an Arizona Corporation; MERSCORP, INC., a Virginia Corporation; MORTGAGE ELECT. REG. SYS., INC., a subsidiary of MERSCORP, INC., a Delaware corporation; and DOES I Individuals 1 to 100, Inclusive; and ROES Corporations 1 to 30, Inclusive; and all other persons and entities unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto,<br><br>Defendants. | Case No. :  2:11-cv-00084-KJD-PAL<br><br>**NOTICE OF NON-OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANT NEVADA ASSOCIATION SERVICES, INC.** |

PLEASE TAKE NOTICE that Plaintiffs have failed to file or serve a written opposition to the Motion for Summary Judgment filed by Defendant Nevada Association Services, Inc. ("NAS") in the above-entitled action.

/ / /

1    NAS filed and served its Motion for Summary Judgment on January 25, 2011.  Pursuant to this Court's Minute Order dated January 26, 2011, Plaintiffs were specifically advised that they were required to file and serve their written opposition within 21 days of the date of the Minute Order.  To date, no written opposition has been filed or served, even though the 21 day period has now expired.

Accordingly, NAS respectfully requests that this Court deem NAS's Motion for Summary Judgment to be unopposed, to further deem that Plaintiffs have consented to the granting of the same, and therefore enter summary judgment in favor of NAS.

DATED this 22nd day of February, 2011.

HOLLAND & HART LLP

By _____/s/ Patrick J. Reilly_____
   Patrick J. Reilly, Esq.
   Jenny L. Routheaux, Esq.
   3800 Howard Hughes Parkway, 10th Floor
   Las Vegas, Nevada 89169

*Attorneys for Defendant*
*Nevada Association Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of February, 2011, a true and correct copy of the foregoing **NOTICE OF NON-OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANT NEVADA ASSOCIATION SERVICES, INC.** was served on counsel through the Court's electronic service system as follows:

**Electronic Service:**

Cynthia L. Alexander, Esq.
Brian A. Neighbarger, Esq.
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Email: calexander@swlaw.com
    bneighbarger@swlaw.com

*Attorneys for Defendants*
*Wells Fargo Bank N.A., Wells Fargo Home Mortgage, Inc.;*
*Wells Fargo Asset Sec. Corp and*
*Mortgage Electronic Registration Systems, Inc*

Sean L. Anderson, Esq.
Ryan W. Reed, Esq.
Leach Johnson Song & Gruchow
5495 South Rainbow Blvd., Suite 202
Las Vegas, Nevada 89118
Email: sanderson@leachjohnson.com

*Attorneys for Defendants*
*Aliante Master Association*

         /s/ Susann Thompson
An employee of Holland & Hart LLP

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 22nd day of February, 2011, I served a true and correct copy of the foregoing **NOTICE OF NON-OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANT NEVADA ASSOCIATION SERVICES, INC.** by depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

Kamal P. Lalwani
Sanchi K. Lalwani
2020 Barhill Avenue
North Las Vegas, Nevada 89084
*Plaintiffs Pro Se*

         /s/ Susann Thompson
An Employee of Holland & Hart LLP

5039790_1.DOCX

Holland & Hart LLP
3800 Howard Hughes Parkway, Tenth Floor
Las Vegas, Nevada 89169
Phone: (702) 669-4600 ♦ Fax: (702) 669-4650