# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KAMAL P. LALWANI, *et al.*, | |
| Plaintiffs, | Case No. 2:11-CV-0084-KJD-PAL |
| v. | **ORDER** |
| NEVADA ASSOCIATION SERVICES, INC., *et al.*, | |
| Defendants. | |

Presently before the Court is Defendant Nevada Association Services, Inc.'s Motion for Summary Judgment (#5). Also before the Court is Defendant Aliante Master Association's Joinder (#12). Though the time for doing so has passed, Plaintiffs have failed to file a response in opposition to either motion despite receiving notice (#10) that failure to do so would result in the Court dismissing Plaintiff's claims against these defendants. Therefore, in accordance with Local Rule 7-2(d), and no genuine issues of material fact being found, the Court grants the motions for summary judgment. Plaintiff's amended complaint fails to allege any specific action by Defendant Nevada Association Services, Inc. or by Defendant Aliante Master Association upon which the Court could grant relief. Therefore, having conducted a *de novo* review of the complaint and pleadings in this

action, the Court finds no genuine issues of material fact that prevent the Court from granting summary judgment to Defendants on Plaintiffs' claims.

Accordingly, IT IS HEREBY ORDERED that Defendant Nevada Association Services, Inc.'s Motion for Summary Judgment (#5) is **GRANTED**;

IT IS FURTHER ORDERED that Defendant Aliante Master Association's Joinder (#12) is **GRANTED**;

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendants Nevada Association Services, Inc. and Aliante Master Association only and against Plaintiffs.

DATED this 8th day of April 2011.

_____
Kent J. Dawson
United States District Judge