UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KAMAL P. LALWANI, *et al.*,

                      Plaintiffs,

vs.

NEVADA ASSOCIATION SERVICES, INC., *et al.*

                      DefendantS.

Case No. 2:11-cv-00084-KJD-PAL

**ORDER**

(Substitution of Counsel - Dkt. #27)

      This matter is before the court on Defendant Aliante Master Association's Substitution of Attorneys (Dkt. #27) filed April 11, 2011.  It seeks to substitute Kurt Bonds and Marla Davee of Alverson Taylor Mortensen & Sanders in the place and stead of Sean Anderson of Leach Johnson Song & Gruchow.  LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented.  It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order."  LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."  This case was removed (Dkt. #1) to federal court on January 18, 2011.  There are currently two Motions to Dismiss (Dkt. ##6, 8) pending before the District Judge.  Accordingly,

      **IT IS ORDERED** Defendant Aliante Master Association's request to substitute Kurt Bonds

///

///

///

///

1 and Marla Davee of Alverson Taylor Mortensen & Sanders in the place and stead of Sean Anderson of
2 Leach Johnson Song & Gruchow is **GRANTED**, subject to the provisions of LR IA 10-6(c) and (d).
3     Dated this 15th day of April, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE