# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KAMAL P. LALWANI, *et al.*,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A., *et al.*,

    Defendants.

Case No. 2:11-CV-00084-KJD-PAL

**ORDER**

    Presently before the Court is Defendant MERSCORP Inc.'s and Mortgage Electronic Registration Systems' Motion to Dismiss (#6/7). Plaintiffs filed a response in opposition (#17) to which Defendants replied (#19). Defendants move to dismiss this action, because despite the allegations of the complaint, the MERS Defendants took no actions of any kind in this case. While MERS typically appears as a named beneficiary or nominee of the lender in a Deed of Trust, MERS was not so named in the Deed of Trust at issue in this case. Furthermore, MERS does not appear anywhere in the substitutions of trustee, notices, or other documents recorded or offered for judicial notice in this action. It is simply one of the rare cases in which MERS has no involvment.

    Accordingly, IT IS HEREBY ORDERED that Defendant MERSCORP Inc.'s and Mortgage Electronic Registration Systems' Motion to Dismiss (#6/7) is **GRANTED**;

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendant MERSCORP Inc. and Defendant Mortgage Electronic Registration Systems and against Plaintiffs.

DATED this  30th  day of September 2011.

_____
Kent J. Dawson
United States District Judge