# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KAMAL P. LALWANI, *et al.*,

    Plaintiffs,

v.

HSBC BANK USA, N.A., *et al.*,

    Defendants.

Case No. 2:11-CV-0084-KJD-PAL

**ORDER**

    Plaintiffs' Complaint was filed in state court on November 1, 2010. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be made upon a defendant 120 days after the filing of the complaint. The 120 day time period for effecting service of the summons and complaint upon Defendant National Default Servicing Corporation expired no later than March 1, 2011. Plaintiffs have not yet filed proof of service on the sole remaining defendant, Indymac.

    Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall have up to and including October 18, 2011 to file proof of service of the summons and complaint within the allowed time. If Plaintiffs fail to respond or to file proof of service, the Court will dismiss the complaint without prejudice against the remaining defendant in accordance with Federal Rule of Civil Procedure 4(m).

    DATED this 5th day of October 2011.

                                              _____
                                              Kent J. Dawson
                                              United States District Judge