1
2
3
4
5
6
7
8
9
10
11
12
13

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAMAL P. LALWANI, SANCHI K. LALWANI individuals, | NO. 2:11-cv-00084-KJD-PAL |
| Plaintiffs, | |
| vs. | **ORDER TO RELEASE ALL LIS PENDENS** |
| NEVADA ASSOCIATION SERVICES, INC.; ALIANTE MASTER ASSOCIATION; WELLS FARGO BANK N.A.; WELLS FARGO HOME MORTGAGE, INC; WELLS FARGO ASSET SEC. CORP.; NATIONAL DEFAULT SERVICING CORP.; an Arizona Corporation; HSBC BANK USA, N.A. MERSCORP, INC, a Virginia Corporation, MORTGAGE ELECT. REG SYS., INC. a subsidiary of MERSCORP, Inc., a Delaware corporation; AND DOES I individuals 1 to 100 Inclusive; and ROES Corporations 1 to 30, inclusive; and all other persons and entities unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto, | |
| Defendants. | |

13833196

1  THE COURT, having considered the pleadings and papers on file herein, and the Motion
2  to Release all Lis Pendens having come before this Court, and good cause appearing:
3  **IT IS HEREBY ORDERED** that the Notice of Lis Pendens recorded on November 2,
4  2010, by Plaintiffs against the real property described as 2020 Barhill Ave., North Las Vegas, NV
5  89084, identified as Assessor's Parcel Number 124-20-613-011, and recorded as book and
6  instrument number 201011020003222 is hereby expunged and released in full.
7  **IT IS FURTHER ORDERED** that the Amended Notice of Lis Pendens recorded on
8  December 3, 2010, by Plaintiffs against the real property described as 2020 Barhill Ave., North
9  Las Vegas, NV 89084, identified as Assessor's Parcel Number 124-20-613-011, and recorded as
10 book and instrument number 201012030000359 is hereby expunged and released in full.
11 **IT IS FURTHER ORDERED** that the Notice of Lis Pendens recorded on March 29,
12 2011, by Plaintiffs against against the real property described as 2020 Barhill Ave., North Las
13 Vegas, NV 89084, identified as Assessor's Parcel Number 124-20-613-011, and recorded as book
14 and instrument number 201103290000925 is hereby expunged and released in full.

Dated October 11, 2011.

_____
DISTRICT COURT JUDGE

Submitted by:

SNELL & WILMER L.L.P.

By: /s/ Robin E. Perkins
Cynthia L. Alexander, Esq. (NV Bar No.6718)
Robin E. Perkins, Esq. (NV Bar No. 9891)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Email: calexander@swlaw.com
       rperkins@swlaw.com

*Attorneys for Defendants Wells Fargo Bank N.A.,
also named as Wells Fargo Home Mortgage, Inc.
and Wells Fargo Asset Securities Corp., (collectively
"Wells Fargo Bank, N.A."); and MERSCORP, Inc.,
and Mortgage Electronic Registration Systems, Inc.*

13833196