# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KAMAL P. LALWANI,

 Plaintiff,

v.

HSBC BANK USA, N.A., *et al.*,

 Defendants.

Case No. 2:11-CV-0084-KJD PAL

**ORDER**

 Plaintiffs' complaint was filed in state court on November 1, 2010. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be made upon a defendant 120 days after the filing of the complaint. The 120 day time period for effecting service of the summons and complaint upon Defendant HSBC Bank USA, N.A. ("HSBC") expired no later than March 1, 2011. On October 5, 2011, the Court ordered Plaintiffs to file proof of service of the summons and complaint no later than October 18, 2011, and warned Plaintiffs that failure to do so would result in the complaint against HSBC being dismissed without prejudice.

////

////

////

Plaintiffs have failed to file proof of service on Defendant HSBC, or to otherwise respond to the Court's order. Therefore, the Court dismisses Plaintiffs' complaint without prejudice against Defendant HSBC Bank USA, N.A. for failure to serve Defendant in compliance with Rule 4(m). The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

DATED this 24th day of October 2011.

_____
Kent J. Dawson
United States District Judge